(No. 5920— 

JAMES JOHN HILGER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed April 27, 1971.*

RICHARD F. McPARTLIN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5921— 

JOSEPH MARKEL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed April 27, 1971.*

BLACHER, BUCKUN, NELLIS AND FAGEL, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General, for Respondent.

PERLIN, C.J.